✍ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

UNITED STATES OF AMERICA,                :        NOTICE OF INTENT
                                                  TO FILE INFORMATION
       - v. -
                                                  **07 CRIM 1138**
PHIL DE VINCENTIS,
                                                  07 Cr.
              Defendant.                 :
-------------------------------x                  *Judge Rakoff*

JUDGE RAKOFF

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 6, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              ROBIN W. MOREY
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              John S. Wallenstein
                              Attorney for Phil De VINCENTIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/v

12/7/07  WHEEL A