```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :
              -v-                     :    07 Cr. 1138 (JSR)
                                      :
PHIL DE VINCENTIS,                    :         ORDER
                                      :
              Defendant.              :
------------------------------------- :
```

JED S. RAKOFF, U.S.D.J.

    Pursuant to the Section VII(D) of this Court's Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act, and for the reasons stated in open court, see transcript, December 12, 2007, John S. Wallenstein, Esq., is hereby designated to represent defendant Phil De Vincentis in the above-captioned matter pursuant to the Criminal Justice Act and to be compensated with CJA funds from this Court. Chief Judge Kimba M. Wood has consented to this appointment.

    SO ORDERED.

*[signature]*
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-07