UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------

UNITED STATES OF AMERICA,

      -v-                                        07 Cr. 1138 (JSR)

PHIL DEVINCENTIS,                      **ORDER**

           Defendant.
------------------------------------------------------

JED S. RAKOFF, U.S.D.J.

    This court having previously ordered that John S. Wallenstein, Esq. be appointed to represent defendant Phil DeVincentis in the above captioned matter pursuant to the Crimnal Justice Act, and that he be compensated with CJA funds from this court, it is hereby

    ORDERED that said representation and compensation shall be paid at appropriate CJA rates *nunc pro tunc* as of October 13, 1998.

                                                                   _/s/ Jed S. Rakoff_
                                                               JED S. RAKOFF, U.S.D.J

Dated:  New York, New York
           June 11, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08
```